To: Hon. Gregory M. Sleet
Fr: Charles M. Robinson
Re: Your Assistance
Da: April 26, 2005

ORIGINAL



FILED
MAY 2 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Mr. Sleet,

    I Am Writing You In The Hopes That You Could Assist Me With A Very Serious Problem I'm Having. I Currently Have (3) Active Cases In Your Honorable Court At This Time. Case Numbers 03-147-GMS / 04-945-GMS / 04-1202-GMS. Since November Of, 2004, I've Been Housed In Super Max. And Since The Defendants Have Been Served By The U.S. Marshall In Case Number 04-1202-GMS, I've Been Having Alot Of Trouble Recieving Things From The Law Library. And With-In The Past 2 1/2 Weeks, I Have Not Recieved Anything. In Case No. 03-147-GMS I Am In The Discovery Process. In Case No. 04-945-GMS, I Am Fighting A Fed Hab Cor. And In Case No. 04-1202-GMS, I Am In The Process Of Fighting A Motion To Dismiss. I've Never Had Any Problems Until They Were Served. I Have Filed Many Grievances, I've Written Everyone In This Prison & It Still Continues, Going On (3) Weeks

NOW. MY CURRENT CASE, NO. 04-1202-GMS, IS AGAINST VERY SERIOUS PEOPLE, AND I'M CLAIMING VERY SERIOUS ALLEGATIONS AGAINST THEM. AND I TRULY BELIEVE THAT I AM BEING REFUSED LEGAL ACCESS BECAUSE OF THOSE ABOVE REASONS. THEIR COUNSEL FILED A MOTION TO DISMISS AND I FILED A RESPONSE TO THAT MOTION, AND IN TURN THEIR COUNSEL FILED A "REPLY MEMORANDUM". WHEN I RECIEVED IT, I HAD NO ACCESS TO THE COURT RULES OR CASE LAW TO PROPERLY RESPOND TO IT. I HAD TO USE ANOTHER INMATES OUT DATED PRISONERS SELF HELP BOOK, BECAUSE IT'S ALL I HAD. THE REASON FOR THIS LETTER IS BECAUSE I WOULD LIKE TO KNOW, IS THERE SOME TYPE OF ORDER THE COURT CAN PLACE ON THESE PEOPLE TO GIVE ME ACCESS BACK TO THE LAW LIBRARY. LIKE A PRE-LIMINARY INJUNCTION OR ECT. IF THERE IS I WOULD LIKE TO REQUEST THAT IT PLEASE BE DONE. IF THIS IS A SUFFICIENT REQUEST PLEASE HAVE THIS DONE, IF I NEED TO PUT THIS IN THE FORM OF A MOTION PLEASE LET ME KNOW. I WOULD ALSO ASK THAT A STAY BE PLACED ON MY (3) CASES UNTIL THIS IS DONE PLEASE. THANK YOU FOR TAKING THE TIME TO READ THIS

AND I HOPE YOU CAN PLEASE HELP ME OUT IN THIS VERY SERIOUS ISSUE.

VERY TRULY YOURS

*(signature)*

CHARLES M. ROBINSON
00342721    SHU 17


C: FILE

\*I DO NOT HAVE ACCESS TO A COPY MACHINE TO MAKE COPIES OF ANY MOTIONS OR A COPY OF THIS LETTER TO SERVE ON THEIR COUNSEL BECAUSE OF THIS TOTAL DENIAL OF ACCESS TO LAW LIBRARY.

ARLES M. ROBINSON
342781 UNIT SHU 17
E CORRECTIONAL CENTER
)OCK ROAD
DELAWARE 19977



UNITED STATES DISTRICT COURT
C/O HON. JUDGE GREGORY M. SLEET.
844 N. KING ST. (LOCKBOX 19)
WILMINGTON, DE, 19801