UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CHARLES M. ROBINSON

VS.

WARDEN THOMAS CARROLL et.al.

C.A. No: 04-945-GMS



JUN 13 2005

MOTION FOR EXTENTION OF TIME TO FILE OUT-OF-TIME REPLY TO RESPONDENTS RESPONSE TO THE PETITION FOR WRIT OF HABEAS CORPUS

COMES NOW, PLAINTIFF, CHARLES M. ROBINSON PRO-SE IN THE ABOVE STYLED CASE PURSUANT FEDERAL RULE CIVIL PROCEDURE AND LOCAL RULES OF COURT TO FILE A OUT-OF-TIME REPLY TO THE STATES ANSWER TO PLAINTIFFS PETITION THAT WOULD THEREFORE SHOW:

1. PLAINTIFFS HABEAS CORPUS PETITION WAS ISSUED UPON RESPONDENTS ON 10-15-04 TO SHOW CAUSE WHY COMPLAINT SHOULD BE DENIED.

2. On 12-3-04 Respondents Filed For Extention Of Time To Answer, Which The Court Granted.

3. There After On 1-6-05 The Respondents Filed Their Answer To The Complaint

4. There After Plaintiff Filed A Letter Motion For A Preliminary Injunction Aserting Denial Of Access To This Court By The In-Actions Of State Actors Who Are Denying Him Access To Material Necessary To Complete Legal Filings In This Court And Other Courts. See: Exhibit "A". (Order Of Supreme Court On Same Issues Of Non-Access To Court And Also Letter Motion In Robinson V Taylor et. al., C.A. No. 04-1202-GMS)

5. Plaintiffs Access To This Court Is But A Myrror Of The Same Allegations Contained In Garden V. Carroll et. al. C.A. No. 04-1463-JJF (See Complaint Bsn@ 11-22-04 D.U.C. Z, And Robinson V Carroll et. al C.A. No: 04-1512-GMS.

6. PLAINTIFF CAN SHOW THIS COURT AND SUBPOENA WITNESSES AND PRESENT DOCUMENTATION TO SUPPORT THESE CONTENTS AND IN DOING SO WOULD POSE TO THIS COURT THAT HIS ABILITY TO PRE PAIR AND FILE A TIME REPLY TO THE ANSWER OF PLAINTIFFS COMPLAINT BY RESPONDENTS IS BUT A MIRROR OF THE ON-GOINGS OF STATE ACTORS TO STOP. PREVENT AND HINDER ACCESS TOWARDS ANY LITIGATIONS AGAINST THE STATE AND STATE ENTITIES.

WHEREFORE PLAINTIFF WOULD MOVE THIS COURT IN CONSORTIUM TO ISSUE AN ORDER ALLOWING A OUT-OF-TIME REPLY. TO THE STATES ANSWER TO HIS PETITION AS WITH AS WITH THE PENDING PRELIMINARY INJUNCTION OF MAY 2, 2005.

RESPECTFULLY SUBMITTED

[signature]

CHARLES M ROBINSON
00342781

MAY 31, 2005
DATED

CERTIFICATE OF SERVICE

I, CHARLES M. ROBINSON, hereby certify that I have served a true and correct cop(ies) of the attached: MOTION FOR EXT OF TIME TO FILE OUT-OF-TIME REPLY TO RESP RESPONSE TO THE PETITION FOR WRIT OF HAB CORP. upon the following parties/person(s):

TO: DEPUTY ATTORNEY GEN
ELIZABETH R. MCFARLAN
820 N. FRENCH ST.
WILMINGTON, DE. 19801

TO:

TO:

TO:

BY PLACING SAME IN A SEALED ENVELOPE and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977,

On this 31 day of MAY, 2005.

Charles M. Robinson

I/M Charles M. Robinson
SBI# 342781 UNIT SHU 17
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977




U.S.M.S.
X-RAY

United States District Court
Clerks Office
844 N King St. Lockbox 18
Wilmington, De. 19801