# EXHIBIT A

Case 1:04-cv-00945-GMS   Document 16-2   Filed 06/13/2005   Page 1 of 3

IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| CHARLES M. ROBINSON, | § | No. 178, 2005 |
| | § | |
| Defendant Below, | § | |
| Appellant, | § | |
| | § | |
| v. | § | |
| | § | |
| STATE OF DELAWARE, | § | |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

## ORDER

This 13*TH* day of May 2005, the Court having received appellant's Motion for Stay of Proceedings which has been treated as a request for an extension of time to file the opening brief and appendix from June 16, 2005 until September 14, 2005, in this matter.

NOW, THEREFORE, IT IS HEREBY ORDERED that the appellant's opening brief and appendix are due to be filed no later than **September 14, 2005.** **No further extensions will be granted.**

_____
Chief Justice

Ex. "A"

IN THE SUPREME COURT OF THE STATE OF DELAWARE

178 , 2005

| | | |
|---|---|---|
| PRO SE (DCC - #00342781) | | CHARLES M. ROBINSON, Defendant Below, Appellant, v. |
| K. E. AYVAZIAN | | STATE OF DELAWARE, Plaintiff Below, Appellee. |

DF $ 00.00

2005

| # | Date | Entry |
|---|---|---|
| 1 | May 02 | Notice of appeal from the order dated 4/19/05, in the Superior Court, in and for Sussex County, by Judge Graves, in Cr.ID No. 0112008933, with designation of no transcript. (no service shown-copy sent) (eas) |
| 2 | May 02 | Motion to proceed in forma pauperis by appellant. (no service shown-copy sent) (eas) |
| 3 | May 02 | Order dated 5/2/05 by Clerk, appellant's motion to proceed in forma pauperis is GRANTED, limited only to waiver of docketing fee. (eas) |
| 4 | May 02 | Brief schedule issued. (opening brief due 6/16/05) (eas) |
| 5 | May 02 | Letter dated 5/2/05 from Senior Court Clerk to Prothonotary, record is due to be filed by 5/25/05. (eas) |
| 6 | May 09 | Motion for Stay of Proceedings by appellant. (no service shown-copy sent) (eas) |
| 7 | May 13 | Record as ordered (afb). |
| 8 | May 13 | Order dated 5/13/05 by Steele, C.J., appellant's opening brief and appendix are due 9/14/05. No further extensions will be granted. (afb). |