TO: CLERK OF COURT
FR: CHARLES M. ROBINSON
RE: FORMS
DA: JUNE 20, 2005



COULD YOU PLEASE SEND ME THE FOLLOWING FORMS:

1. UPDATED COPY OF DOCKET SHEETS IN CASE NO: 03-147-GMS, & COPY OF COMPLAINT.

2. UPDATED COPY OF DOCKET SHEETS IN CASE NO: 04-945-GMS, & COPY OF COMPLAINT.

3. UPDATED COPY OF DOCKET SHEETS IN CASE NO: 04-1202-GMS, & COPY OF COMPLAINT.

4. UPDATED COPY OF DOCKET SHEETS IN CASE NO: 04-1512-GMS, & COPY OF COMPLAINT.

VERY TRULY YOURS

Charles M. Robinson
00342781

IM Charles M. Robinson
SBI# 342781  UNIT SHU 17
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

United States District Court
844 N. King St.
Lockbox 18
Wilmington, DE, 19801

U.S.M.S. X-RAY

U.S. POSTAGE 0.37
SMYRNA DE JUN 29 '05