# ORIGINAL

(59)

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR SUSSEX COUNTY

------------------------------X

STATE OF DELAWARE :

: I.D. No. 0112008933

v. : Criminal Action No.
01-12-0557
CHARLES M. ROBINSON, :

Defendant. :   04-945

------------------------------X

T R A N S C R I P T
O F
P R O C E E D I N G S

Sussex County Courthouse
Georgetown, Delaware
Tuesday, July 22, 2003

The above-entitled matter was scheduled

for hearing in open court at 9:30 o'clock a.m.

BEFORE:

THE HONORABLE T. HENLEY GRAVES, Judge.

Ext. "A"

FILED
AUG - 8 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

EXHIBIT ■

KATHY S. PURNELL
OFFICIAL COURT REPORTER

FILED PROTHONOTARY SUSSEX COUNTY 2003 SEP 29 PM 2:23

P R O C E E D I N G S

TASC CASE MANAGER: Charles Robinson, No. 25, violation of probation.

THE COURT: Mr. Robinson, you are on probation on rape fourth degree. You were sentenced to the Crest Program. You were kicked out of the Crest Program.

THE DEFENDANT: Yes.

THE COURT: Do you understand that that places you in violation of probation?

THE DEFENDANT: Yes, sir.

THE COURT: Is there anything you want to say about it?

THE DEFENDANT: I've been speaking with the mental health department, and I've been hearing that -- I got diagnosed with schizophrenia. I've been hearing voices in my head for quite some time. The lady, Ms. Gwen, at the Sussex VOP, has asked me to ask the Court to be placed at the Delaware Psychiatric Center to get help with this problem, Your Honor. She gave me her full name because she said she's not allowed to send any paperwork to the Court unless the Court requests it. So she gave me

KATHY S. PURNELL
OFFICIAL COURT REPORTER

04/14/04 WED 08:28 FAX 3025555555    DEPT OF JUSTICE                    ☒004
Case 1:04-cv-00945-GMS    Document 18-2    Filed 08/08/2005    Page 3 of 7

3

```
 1   a card to give to Your Honor.
 2           THE COURT:  Well, I will tell you, the
 3   recommendation is pretty severe.  When is our
 4   next -- are we two weeks out?
 5           THE CLERK:  August 5th and August 19th.
 6           THE COURT:  August what?
 7           THE CLERK:  August 5th and 19th.
 8           THE COURT:  If you want me to, I will
 9   continue it, since the August 5th -- it sounds like
10   they are recommending that he go for a psychiatric
11   evaluation.
12           TASC CASE MANAGER:  Your Honor, he had an
13   evaluation done and there was no recommendation for
14   that.  In fact, I read the report.  He was
15   prescribed medication, which he refused to take.
16   And the report indicates that this was an ongoing
17   complaint of his, and that when he was prescribed
18   medication or received treatment, that he was
19   non-compliant.
20           THE COURT:  All right.  Do you understand
21   that rape fourth degree is a very serious charge?
22   It was a child under 16.
23           THE DEFENDANT:  Yes, I do.  Your Honor?
```

```
 1              THE COURT:  Yes.
 2              THE DEFENDANT:  The same person that did
 3   my evaluation is the same person that's
 4   recommending for me to go up to the Delaware
 5   Psychiatric Center for me to stay there.
 6              THE COURT:  I do not have anything in
 7   writing, and I have never, never understood the
 8   Department of Corrections to say, well, we are not
 9   going to send anything to the judge about a need
10   for treatment unless he asks for it.
11              PROBATION OFFICER:  Your Honor, he's
12   talking about Ms. Gwen Scott Jones, who she
13   never -- I spoke to her on Friday, and she didn't
14   mention anything about his case, and we did discuss
15   about that recommendation.
16              THE COURT:  All right.  How long have you
17   been in jail, sir?
18              THE DEFENDANT:  Ten months, Your Honor.
19              THE COURT:  Ten months.  All right.  This
20   is what I am going to do.  I am going to give you
21   the full -- well, even though you have been held at
22   Level 4, I am going to give you full advantage of
23   that.  I am going to take a full year off your
```

                         KATHY S. PURNELL
                       OFFICIAL COURT REPORTER

1  sentence.  Your original sentence was ten years.  I
2  am going to make it start today, nine years, but we
3  are not going to worry about the credit time.  Do
4  you understand that?  Because I am giving you two
5  months more than you are supposed to have.
6              Nine months.  Upon successful
7  completion -- excuse me.  Nine years.
8              THE CLERK:  Thank you.
9              THE COURT:  That would really be rounding
10 him off, wouldn't it?  Nine years.  Upon successful
11 completion of the Family Problems Program at
12 Delaware Correctional Center, and the Key Program,
13 the balance of the Level 5 is suspended for one
14 year Level 4 Crest.  Hold at five until a slot
15 becomes available.
16             Upon the successful completion of the
17 Crest Program, the balance of the Crest is
18 suspended for three years Level 3 Crest Aftercare,
19 followed by two years Level 2, followed by two
20 years Level 1.  All other conditions remain in
21 effect.  And since that is a potentially lengthy
22 sentence, does TASC want to stay on or be
23 discharged?

                    KATHY S. PURNELL
                    OFFICIAL COURT REPORTER

```
 1              TASC CASE MANAGER:  We could be
 2   discharged, Your Honor.
 3              THE COURT:  Discharge TASC.  Yes, sir.
 4              THE DEFENDANT:  If I can get paperwork
 5   from the mental health department and have them
 6   send it to you --
 7              THE COURT:  I always will consider
 8   anything that is appropriate if there is a change
 9   in circumstances or information I did not know.
10              THE DEFENDANT:  Thank you, Your Honor.
11              PROBATION OFFICER:  Thank you, Your Honor.
12              (Whereupon, the proceedings in the
13         above-entitled matter were concluded.)
14
15
16
17
18
19
20
21
22
23
```

KATHY S. PURNELL
OFFICIAL COURT REPORTER

```
 1                    C E R T I F I C A T E
 2            I, KATHY S. PURNELL, an Official Court
 3   Reporter of the Superior Court of the State of
 4   Delaware, Certification No. 122-PS, do hereby
 5   certify the above and foregoing Pages 2 to 6 to be
 6   a true and accurate transcript of the proceedings
 7   therein indicated on July 22, 2003, as was
 8   stenographically reported by me and reduced to
 9   typewriting under my direct supervision, as the
10   same remains of record in the Sussex County
11   Courthouse at Georgetown, Delaware.
12
13                              Kathy S. Purnell
                                Kathy S. Purnell
14
15                              9-29-03
                                Date
16
17
18
19
20
21
22
23
```

KATHY S. PURNELL
OFFICIAL COURT REPORTER