To: Clerk Of Court
Fr: Charles M. Robinson
Re: Docket Sheets
Da. August 21st. 2005

I Am Writing You To Request Docket Sheets In My Active Cases. I've Listed The Civil Action Numbers Below So You Can Be Identify Them Easily.

1. 03-147-GMS
2. 04-945-GMS
3. 04-1262-GMS
4. 04-1512-GMS



FILED
AUG 25 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Very Truly Yours

Charles M. Robinson
# 00342781
De. Corr. Ctr.
1181 Paddock Rd.
Smyrna. De. 19977



I/M Charles N. Robinson
SBI# 00342281  UNIT MHU 22.
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

United States District Court
Clerks Office
844 N. King St. (Lockbox 18)
Wilmington, DE 19801

U.S.M.S.
X-RAY

LEGAL MAIL