IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

CHARLES M. ROBINSON,         )
                             )
        Petitioner,      )
                             )
v.                           )  Civil Action No. 04-945-GMS
                             )
THOMAS CARROLL,              )
Warden,                      )
                             )
        Respondent.      )

# ORDER

At Wilmington this 1st day of September, 2005;

IT IS ORDERED that:

Petitioner Charles M. Robinson's motion for an extension of time to file a reply to the State's answer is GRANTED. (D.I. 16.) Robinson filed his reply on August 18, 2005. *See* (D.I. 18.)



UNITED STATES DISTRICT JUDGE