IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE


CHARLES M. ROBINSON,    )
    )
    Petitioner,    )
    )
v.    )    Civil Action No. 04-945-GMS
    )
THOMAS CARROLL,    )
Warden,    )
    )
    Respondent.    )


**O R D E R**

1. On August 16, 2004, Charles M. Robinson ("Robinson"), who is presently incarcerated at the Delaware Correctional Center in Smyrna, Delaware, ("DCC"), filed a petition for habeas corpus relief pursuant to 28 U.S.C. § 2254. (D.I. 2.)

2. On May 2, 2005, Robinson filed a letter motion with the court seeking preliminary injunctive relief against DCC's warden. (D.I. 16.) Robinson asks the court to enjoin the warden from interfering with his access to legal services at DCC.

3. Robinson also filed the identical letter motion seeking preliminary injunctive relief in one of his civil rights actions pending before the court: *Robinson v. Taylor*, et. al, Civ. A. No. 04-1202-GMS, at D.I. 25. On June 28, 2005, after reviewing the parties submissions and the applicable law, the court denied Robinson's request for preliminary injunctive relief in *Robinson v. Taylor*, et. al, Civ. A. No. 04-1202-GMS. The court concluded that the record did not contain sufficient evidence to demonstrate that Robinson will suffer irreparable harm in the absence of an

injunction.  *Id.* at D.I. 35.

5.  Robinson has not provided any further evidence in the instant habeas proceeding to demonstrate that he will suffer irreparable harm in the absence of an injunction.

Therefore, IT IS HEREBY ORDERED that:

For the same reasons contained in the court's June 28, 2005 order in *Robinson v. Taylor*, *et. al.*, Civ. A. No. 04-1202, at D.I. 35, Robinson's letter motion for preliminary injunctive relief in the instant habeas proceeding is DENIED.  (D.I. 12.)

Dated: Sept. 1, 2005

UNITED STATES DISTRICT JUDGE



FILED

SEP 1 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE