To: Clerk Of Court
844 N. King St. (Lockbox 18)
Wilmington, De. 19801

Re: 29 Del. C. §10001-10005 (F.O.I.A)

RECEIVED
DEC 1 - 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Please Be Advised That I'm In Need Of The Following Information, Under The Above Freedom Of Information Act*

1. An Updated Docket Sheet For The Case Of* Robinson Vs. Carroll   04-945-GMS et.al.

Respectfully Submitted,

Nov. 28, 2005
    Dated

Charles M. Robinson
Charles M. Robinson
SBI# 00342781
Delaware Correctional Ctr.
1181 Paddock Rd.
Smyrna, Delaware 19977

CC: Clerk
XC: File



I/M Charles M. Robinson
SBI# 00342781  UNIT E-Bldg.
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

c/o: United States District Court
Peter Dalleo (Clerk)
844 N. King St. (Lockbox 18)
Wilmington, DE. 19801