OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

December 2, 2005

TO: Charles M. Robinson
SBI# 342781
Delaware Correctional Center

RE: *Request for Copy of Docket*, CA 04-945 GMS

Dear Mr. Robinson:

A letter has been received by the Clerk's office from you requesting a copy of the docket from the above noted civil action.

Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copies (including docket sheets) is fifty ($.50) cents per page. *Should you require copies (including docket sheets) in the future*, please be aware of this fee requirement. Prepayment should be sent with your request, check or money order payable to Clerk, U.S. District Court. Enclosed, please find your one free copy of the docket report for CA 04-945 GMS.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/jp

PETER T. DALLEO
CLERK

encl.
cc: The Honorable Gregory M. Sleet; CA 04-945 GMS

To: Clerk Of Court
844 N. King St. (Lockbox 18)
Wilmington, DE., 19801

Re: 29 Del. C § 10001-10005 (F.O.I.A)


RECEIVED
DEC 1 - 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Please Be Advised That I'm In Need Of The Following Information, Under The Above Freedom Of Information Act*

Case Of*: 1. An Updated Docket Sheet For The Case Of: Robinson vs. Carroll 04-945-GMS et. al.

Respectfully Submitted,

Nov. 28, 2005
DATED

Charles M. Robinson
Charles M. Robinson
SBI # 00342781
Delaware Correctional Ctr.
1181 Paddock Rd.
Smyrna, Delaware 19977

CC: Clerk
XC: File