NOTICE OF APPEAL
TO
U.S. COURT OF APPEALS, THIRD CIRCUIT

U.S. District Court for the District of Delaware

CIRCUIT COURT
DOCKET NUMBER: _____
(leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

DISTRICT COURT
DOCKET NUMBER: 04-945-GMS

CHARLES M. ROBINSON

v.

*WARDEN THOMAS CARROLL

DISTRICT COURT
JUDGE: Hon. GREGORY M. SLEET

Notice is hereby given that CHARLES M. ROBINSON
(Named Party)
appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment, [✓] Order,

[ ] Other (specify) _____

entered in this action on March 30th, 2006
(date)

DATED: April 21st, 2006

Charles M. R.O. (Pro-Se)
(Counsel for Appellant-Signature)

FILED
APR 25 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BO scanned

CHARLES M. ROBINSON (PRO-SE)
(Name of Counsel - Typed)
DE. CORR. CTR. 1181 PADDOCK RD.
(Address)
SMYRNA DELAWARE, 19977
N/A
(Telephone Number)

ELIZABETH R. McFARLAN
(Counsel for Appellee)
DEPT. OF JUSTICE
(Address)
WILMINGTON, DE 19801
N/A
(Telephone Number)

NOTE: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.

I/M Charles W. Robinson
SBI# 00342781  UNIT MHU 22
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

[Postmark: WILMINGTON DE 197, 24 APR 2006, $00.39]

United States District Court
Clerks Office (Dallo) (Peters)
844 N. King St. (Lockbox 18)
Wilmington, DE. 19801

LEGAL MAIL