FPS-289                                                     DATE: May 12, 2006

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 06-2467

Robinson v. Carroll
(D.C. No. 04-cv-0945)

To:  Clerk

1)   Application to Proceed In Forma Pauperis

---

  The foregoing Motion is granted.  This appeal will be submitted to a panel of this Court for determination of whether a certificate of appealability should issue.

For the Court,

/s/Marcia M. Waldron
Clerk

Dated:  May 15, 2006
CMH/cc: CMR, Atty Gen DE



A True Copy:

Marcia M. Waldron, Clerk