CLD-132                                                                                         February 16, 2007

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
C.A. No. **06-2467**

CHARLES M. ROBINSON

v.

WARDEN THOMAS L. CARROLL;
ATTORNEY GENERAL OF THE STATE OF DELAWARE

    (D. Del. Civ. No. 04-cv-00945)


Present:    RENDELL, SMITH AND JORDAN, CIRCUIT JUDGES

    Submitted is Appellant's request for a certificate of appealability
under 28 U.S.C. § 2253(c)(1)

    in the above-captioned case.

                                                                   Respectfully,
                                                                   Clerk

MMW/BNB/cmh


_____ORDER_____

The foregoing request for a certificate of appealability is denied as Appellant has not made a "substantial showing of the denial of a constitutional right." See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 484 (2000). Jurists of reason could not debate that the District Court properly rejected the merits of Appellant's due process claim, as it is clear that the state courts' disposition of this claim was neither contrary to nor an unreasonable application of clearly established federal law. See Gagnon v. Scarpelli, 411 U.S. 778, 782-91 (1973); Drope v. Missouri, 420 U.S. 162, 180 (1975).

                                                      By the Court,

                                                   /s/ D. Brooks Smith
                                                   Circuit Judge

Dated: March 13, 2007
CMH/cc: CMR, ERM



A True Copy:

Marcia M. Waldron, Clerk