OFFICE OF THE CLERK

| | | |
|---|---|---|
| **MARCIA M. WALDRON**<br>CLERK | UNITED STATES COURT OF APPEALS<br>FOR THE THIRD CIRCUIT<br>21400 UNITED STATES COURTHOUSE<br>601 MARKET STREET<br>PHILADELPHIA, PA 19106-1790 | TELEPHONE<br>215-597-2995 |

**Delaware**_____ Clerk of District Court          Date____**03/13/07**_____
  (District)

**Robinson vs. Carroll**_____                     C. of A. No.___**06-2467**_____
  (Caption)

**Charles M. Robinson**_____
  (Appellant)

**Civil No. 04-cv-00945**_____
  (D.C. No.)

Enclosures:

_____**03/13/07**_____ Certified copy of C. of A. Order by the **Court**/XXXXX
       (Date)

*____**X**____ Record **(Rec'd)** (Documents # 1-11)

*_____ Supplemental Record

*_____ Exhibits

*_____ State Court Record

____**X**____ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not returned at this time until appeal(s) closed at No.(s) _____

_____ Please forward Record to this office.

_____ The certified copy of order issued as the mandate on _____ is recalled.

                              Carmen M. Hernandez        (267)-299- 4952
                                  Case Manager            Telephone Number

                           * _Keith Lombardo____  (267)-299- _4912_
                                 Record Processor          Telephone Number

                              March 14, 2007

Receipt Acknowledge:
_E. Shehl_____
  (Name)
_3/15/07_____
  (Date)

                                                           Rev. 4/3/03
                                                           Appeals (Record)